MARCIA HURD
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Marcia.Hurd@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.
2010 OCT 21 PM 1 22
PATRICK E. DUFFY, CLERK
BY K. Larson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES JAY SAY, Defendant. | CR 10- 119 -BLG- RFC<br><br>**INDICTMENT**<br><br>ADVERTISEMENT OF CHILD PORNOGRAPHY (Count I)<br>Title 18 U.S.C. § 2251(d)<br>(Penalty: Mandatory minimum 15 to 30 years imprisonment, $250,000 fine, and lifetime supervised release) |
|---|---|

| | |
|---|---|
| | **DISTRIBUTION OF CHILD PORNOGRAPHY (Count II)**<br>**Title 18 U.S.C. § 2252A(a)(2)**<br>**(Penalty: Mandatory minimum five to 20 years imprisonment, $250,000 fine, and lifetime supervised release)**<br><br>**FORFEITURE**<br>**Title 18 U.S.C. § 2253(a)** |

THE GRAND JURY CHARGES:

COUNT I

That on or about March 27, 2007, at Billings, in the State and District of Montana and elsewhere, the defendant, JAMES JAY SAY, knowingly made, printed, or published, or caused to be made, printed, or published, a notice or advertisement seeking or offering to receive or exchange any visual depiction, where the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2251(d).

COUNT II

That on or about March 27, 2007, at Billings, in the State and District of Montana and elsewhere, the defendant, JAMES JAY SAY, knowingly distributed child pornography that had been mailed,

shipped, or transported in interstate or foreign commerce by any means, including by a computer located at Billings, Montana, and Buena Park, California, in violation of 18 U.S.C. § 2252A(a)(2).

FORFEITURE ALLEGATION

As a result of the commission of the crimes described in Counts I and II above, and upon his conviction, the defendant, JAMES JAY SAY, shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit those offenses:

Acer Laptop computer, serial number 70519821516

pursuant to 18 U.S.C. § 2253(a).

///

///

///

///

///

A TRUE BILL.

FOREPERSON

MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

for KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons __________

Warrant: __________

Bail: __________
USMS Custody